UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DEEP BLUE ACQUISITIONS, LLC AS THE OWNER AND OPERATOR OF THE JABBERWOCKY FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.: 25-cv-1486-RSH-SBC<br><br>**ORDER DIRECTING EXECUTION OF MONITION AND PUBLICATION OF NOTICE** |

**WHEREAS,** a Complaint was filed in the United States District Court for the Southern District of California by Deep Blue Acquisitions, LLC (hereinafter "Deep Blue" or "Plaintiff"), as the registered owner of the 1994 40' J/120 sailing vessel, Official Number 1244106, IMO Number TSP12006A494, JABBERWOCKY (hereinafter "Vessel" or "JABBERWOCKY,") and its equipment, tackle, apparel, fixtures, and furniture, for exoneration from, or limitation of, vessel owner's liability, pursuant to 46 U.S.C. §§ 30501 *et seq*., with respect to any and all losses or damages arising out of, resulting from, or in any manner connected with, that certain incident on or about February 4, 2024, on the navigable waters dockside at Shelter Island in San Diego Harbor, California (the

"Incident") and involving the Vessel as alleged, and for the reasons and because of the circumstances set forth in the Complaint, and praying that a monition issue out of and under the seal of this Court, admonishing all persons and entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid Incident to file their claims with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for Plaintiff, on or before July 17, 2025, and that when all proceedings have been completed, if it shall appear that the Plaintiff is not liable for any such loss or damage, it may be finally so decreed by this Court;

**WHEREAS**, Plaintiff has filed with this Court a Stipulation for Value and Costs, and this Court having made and entered an Order directing that a monition issue against all persons and/or entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid Incident, admonishing them to file their claims with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for Plaintiff;

**NOW, THEREFORE, PLAINTIFF IS HEREBY COMMANDED** to notify and admonish all persons asserting claims with respect to that which the Complaint herein seeks exoneration from, or limitation of liability for, to appear and answer the allegations of the Complaint and to file their claims with the Clerk of the Court, on or before **July 17, 2025**.

**PLAINTIFF IS FURTHER COMMANDED** to publish, or cause to be published, in The San Diego Union-Tribune, a newspaper of general circulation printed and published in San Diego County, California, a notice in substantially the form of the Notice of Complaint For Exoneration From, Or Limitation Of, Liability filed in this case by Plaintiff, once each week for four (4) successive weeks prior to the date hereinabove fixed for the filing of claims.

**IT IS SO ORDERED.**

Dated: June 17, 2025

_____
Hon. Robert S. Huie
United States District Judge